IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:17-cv-80793-ROSENBERG

VOIT TECHNOLOGIES, LLC,

    Plaintiff,

vs.

CCTV CAMERA PROS, LLC,

    Defendant.
_____/

**FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT**

    Plaintiff, VOIT Technologies, LLC, in accordance with Fed.R.Civ.P. 7.1, hereby discloses it does <u>not</u> have any parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: August 2, 2017.

    Respectfully submitted,

*/s/ David Tamaroff*
**David F. Tamaroff, Esq.**
Florida Bar No. 92084
Email: dt@lipscombpartners.com
**LIPSCOMB & PARTNERS, PLLC**
25 SE 2nd Avenue, 8th Floor
Miami, Florida 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 2, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all parties or their counsel of record indicated on the Service List below through the CM/ECF system or some other authorized manner.

By:    */s/ David Tamaroff*
       David F. Tamaroff, Esq.

## SERVICE LIST

**Joel B. Rothman, Esq.**
Email: joel.rothman@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
4651 N. Federal Highway
Boca Raton, Florida 33431
Telephone: (561) 404-4350
Facsimile: (561) 404-4553
*Attorneys for Defendant*