IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:17-cv-80793-ROSENBERG

VOIT TECHNOLOGIES, LLC,

    Plaintiff,

vs.

CCTV CAMERA PROS, LLC,

    Defendant.
_____/

**NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS**

PLEASE TAKE NOTICE that Plaintiff, VOIT Technologies, LLC, in accordance with Local Rule 3.8, hereby discloses that the instant action is similar to:

    A.    The pending or closed action(s) previously filed in this Court as indicated below:

|   | **Caption** | **Case No.** | **Court** | **Filing Date** |
|---|---|---|---|---|
| 1. | VOIT Techs., LLC v. All Uniform Wear Corp. | 1:16-cv-25115-CMA-JJO | S.D.Fla. | 12/8/2016 (closed 4/6/2017) |
| 2. | VOIT Techs., LLC v. Boca Office Furniture, LLC | 9:17-cv-80038-DMM-DLB | S.D.Fla. | 1/12/2017 (closed 4/24/2017) |
| 3. | VOIT Techs., LLC v. Shore Excursions Group, LLC | 0:17-cv-60825-WPD | S.D.Fla. | 4/27/2017 (closed 7/31/2017) |
| 4. | VOIT Techs., LLC v. JC Bath Corporation | 1:17-cv-22375-MGC | S.D.Fla. | 6/26/2017 |
| 5. | VOIT Techs., LLC v. Fishing Tackle Depot, Inc. | 9:17-cv-80771-RLR | S.D.Fla. | 6/26/2017 |
| 6. | VOIT Techs., LLC v. Bluegate, Inc. | 1:17-cv-22472-RNS | S.D.Fla. | 7/3/2017 |
| 7. | VOIT Techs., LLC v. Better Planet Brands, LLC | 0:17-cv-61452-KMM | S.D.Fla. | 7/21/2017 |

B. The pending or closed action(s) previously filed in another court or administrative agency as indicated below:

|  | Caption | Case No. | Court | Filing Date |
|---|---|---|---|---|
| 1. | VOIT Techs., LLC v. Drucker Labs, LP | 4:16-cv-00695-ALM | E.D.Tex. | 9/9/2016 |
| 2. | VOIT Techs., LLC v. South Texas Tack, LLC | 1:16-cv-01050-SS | W.D.Tex. | 9/9/2016 (closed 12/12/2016) |
| 3. | VOIT Techs., LLC v. Meat Maniac LLC | 4:17-cv-00038-ALM | E.D.Tex. | 1/13/2017 (closed 6/26/2017) |
| 4. | VOIT Techs., LLC v. Uptown Vapor, LLC | 6:17-cv-00026-RWS-KNM | E.D.Tex. | 1/13/2017 |
| 5. | VOIT Techs., LLC v. Higdon Outdoors, LLC | 6:17-cv-00087-RWS-KNM | E.D.Tex. | 2/15/2017 (closed 7/24/2017) |
| 6. | VOIT Techs., LLC v. Mac of All Trades, LLC | 8:17-cv-01001-VMC-TBM | M.D.Fla. | 4/28/2017 (closed 8/1/2017) |
| 7. | VOIT Techs., LLC v. Medusa Skates, LLC | 1:17-cv-00473-LY | W.D.Tex. | 5/17/2017 |
| 8. | VOIT Techs., LLC v. The Guitar Sanctuary, Inc. | 4:17-cv-00343-ALM | E.D.Tex. | 5/17/2017 (closed 7/21/2017) |
| 9. | VOIT Techs., LLC v. World of Organics, Inc. | 4:17-cv-00344-ALM | E.D.Tex. | 5/17/2017 (closed 6/28/2017) |
| 10. | VOIT Techs., LLC v. Branding Iron Western Store, Inc. | 1:17-cv-00244-RC | E.D.Tex. | 6/12/2017 |
| 11. | VOIT Techs., LLC v. Mellow Johnny's, LLC | 1:17-cv-00626-LY | W.D.Tex. | 6/26/2017 |
| 12. | VOIT Techs., LLC v. It's Only Natural, LLC | 1:17-cv-01621-NYW | D.Colo. | 7/3/2017 |
| 13. | VOIT Techs., LLC v. The Holster Store, Inc. | 6:17-cv-01250-PGB-TBS | M.D.Fla. | 7/6/2017 |
| 14. | VOIT Techs., LLC v. Budget Heating & Air Conditioning, Inc. | 8:17-cv-01630-SDM-JSS | M.D.Fla. | 7/6/2017 |
| 15. | VOIT Techs., LLC v. Jackson Lighting & Electric Supply Co., et al. | 3:17-cv-00763-MMH-MCR | M.D.Fla. | 7/6/2017 |
| 16. | VOIT Techs., LLC v. Combi, USA Inc. | 3:17-cv-00444-FDW-DSC | W.D.N.C. | 7/28/2017 |
| 17. | VOIT Techs., LLC v. Power Transmission Servs., Inc. | 5:17-cv-00129-RLV-DCK | W.D.N.C. | 7/28/2017 |

|     | Caption | Case No. | Court | Filing Date |
| --- | --- | --- | --- | --- |
| 18. | VOIT Techs., LLC v. Volt, LLC | 8:17-cv-01832-JDW-TGW | M.D.Fla. | 8/1/2017 |
| 19. | VOIT Techs., LLC v. Brand Runner, Inc. | 6:17-cv-01417-PGB-DCI | M.D.Fla. | 8/1/2017 |
| 20. | VOIT Techs., LLC v. Outdoor Edge Cutlery Corp. | 1:17-cv-01866-KLM | D.Colo. | 8/1/2017 |
| 21. | VOIT Techs., LLC v. USA Vacuum, LLC | 4:17-cv-00535-ALM | E.D.Tex. | 8/1/2017 |

Dated: August 2, 2017.

Respectfully submitted,

*/s/ David Tamaroff*
**David F. Tamaroff, Esq.**
Florida Bar No. 92084
Email: dt@lipscombpartners.com
**LIPSCOMB & PARTNERS, PLLC**
25 SE 2nd Avenue, 8th Floor
Miami, Florida 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 2, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all parties or their counsel of record indicated on the Service List below through the CM/ECF system or some other authorized manner.

By:   */s/ David Tamaroff*
      David F. Tamaroff, Esq.

## SERVICE LIST

**Joel B. Rothman, Esq.**
Email: joel.rothman@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
4651 N. Federal Highway
Boca Raton, Florida 33431
Telephone: (561) 404-4350
Facsimile: (561) 404-4553
*Attorneys for Defendant*