IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:17-cv-80793-ROSENBERG

VOIT TECHNOLOGIES, LLC,

    Plaintiff,

vs.

CCTV CAMERA PROS, LLC,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION TO STRIKE, DISMISS, OR OTHERWISE RESPOND TO DEFENDANT'S AMENDED COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, VOIT Technologies, LLC ("Plaintiff"), moves for entry of an order extending the time within which to file a motion to strike, dismiss, or otherwise respond to Defendant's Amended Counterclaim (CM/ECF 9). In support of this Motion, Plaintiff states as follows:

1. "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) … if request is made, before the original time … expires." Fed.R.Civ.P. 6(b)(1).

2. Defendant filed its Amended Counterclaim on August 11, 2017.

3. Currently, the deadline for Plaintiff to file a motion to strike, dismiss, or otherwise respond to the Amended Counterclaim is August 25, 2017. *See* Fed.R.Civ.P. 12 (a)(3).

4. Plaintiff's counsel was traveling with his family out of the country from August 13, 2017 through August 23, 2017.

5. Plaintiff thus requires an extension of time to file a motion to strike, dismiss, or otherwise respond to the Amended Counterclaim. Accordingly, the Plaintiff respectfully

1

requests that the Court grant it a fourteen (14) day extension, or until September 8, 2017, file a motion to strike, dismiss, or otherwise respond to the Amended Counterclaim.

6. Plaintiff's counsel has conferred with counsel for Defendant, who does not oppose the relief requested herein.

7. This extension is for good cause, will not result in unjust delay, and will not jeopardize the Defendants in any way. Indeed, this motion will promote judicial economy and the "just, speedy, and inexpensive determination" of this action. Fed.R.Civ.P. 1.

WHEREFORE, Plaintiff respectfully requests the deadline for Plaintiff to file a motion to strike, dismiss, or otherwise respond to the Amended Counterclaim be extended fourteen (14) days, or until September 8, 2017. A proposed order is attached for the Court's convenience.

Dated:   August 25, 2017.

                                              Respectfully submitted

*/s/ David F. Tamaroff*
David F. Tamaroff, Esq. (Fla. Bar: 92084)
Email: dt@lipscombpartners.com
LIPSCOMB & PARTNERS, PLLC
25 S.E. 2nd Avenue, 8th Floor
Miami, Florida 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all parties or counsel of record through this system.

By:   /s/ David F. Tamaroff   .
David F. Tamaroff, Esq.