IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:17-cv-80793-ROSENBERG

VOIT TECHNOLOGIES, LLC,

    Plaintiff,

vs.

CCTV CAMERA PROS, LLC,

    Defendant.
_____/

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A MOTION TO DISMISS OR OTHERWISE RESPOND TO DEFENDANT'S AMENDED COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff VOIT Technologies, LLC moves for the entry of an order extending the time within which to file a motion to dismiss or otherwise respond to Defendant CCTV Camera Pros, LLC's Amended Counterclaims (DE 9) ("Amended Counterclaims"). In support of this Motion, Plaintiff states as follows:

1. "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) … if request is made, before the original time … expires." Fed.R.Civ.P. 6(b)(1).

2. Defendant filed its Amended Counterclaim on August 11, 2017. The original deadline for Plaintiff to file a motion to dismiss or otherwise respond to Defendant's Amended Counterclaims was August 25, 2017. *See* Fed.R.Civ.P. 12 (a)(3).

3. This deadline was extended to September 7, 2017 when the Court granted in part and denied in part Plaintiff's [First] Unopposed Motion for Extension of Time (DE 10).[1] *See* Paperless Order (DE 11).

4. Plaintiff's counsel's home and office are both located in costal Miami, Florida.

5. Hurricane Irma, currently designated as a category five (5) hurricane, is anticipated to make landfall in South Florida later this week.

6. Over the past few days, Plaintiff's counsel has spent large amounts of time and energy securing his home and office in anticipation of this potentially catastrophic event.

7. Heeding the warnings of state and local officials, Plaintiff's counsel will be traveling to a more secure out-of-state location with his family in anticipation of an evacuation order.

8. In light of the foregoing, Plaintiff's counsel has been unable to complete Plaintiff's motion to dismiss or response to Defendant's Amended Counterclaims by the current deadline.

9. Plaintiff respectfully requests that the Court grant it an eight (8) day extension of time, or until September 15, 2017, to file a motion to dismiss or otherwise respond to Defendant's Amended Counterclaims.

10. Plaintiff's counsel has conferred with Defendant's counsel, who does not oppose the relief requested herein.

11. This extension is for good cause, will not result in unjust delay, and will not jeopardize Defendant in any way.

---

[1] Plaintiff notes that the Court will be closed on Thursday, September 7, 2017 and Friday, September 8, 2017 due to inclement weather resulting from Hurricane Irma. *See Public Notice: Court Closure Updates – Hurricane Irma*, United States District Court: Southern District of Florida, http://www.flsd.uscourts.gov/?page_id=14382 (last visited Sept. 6, 2017); *see also In re: Emergency Closure of Courthouse*, Administrative Order 2007-44 (Sept. 6, 2007). Thus, Plaintiff believes the actual current deadline to be Monday, September 11, 2017 for the filing of a motion to dismiss or response to Defendant's Amended Counterclaim.

WHEREFORE, Plaintiff respectfully requests the Court grant it an (8) day extension of time, or until September 15, 2017, to file a motion to dismiss or otherwise respond to Defendant's Amended Counterclaims, and all other just and equitable relief that the Court deems appropriate. A proposed order is attached for the Court's convenience.

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY, pursuant to Local Rule 3.01(g), that Plaintiff's counsel conferred with Defendant's counsel about the relief sought in this motion, and Defendant does not oppose the relief requested herein.

Dated: September 6, 2017.

        Respectfully submitted

        */s/ David F. Tamaroff*
        David F. Tamaroff, Esq. (Fla. Bar: 92084)
        Email: dt@lipscombpartners.com
        LIPSCOMB & PARTNERS, PLLC
        25 S.E. 2nd Avenue, 8th Floor
        Miami, Florida 33131
        Telephone: (786) 431-2228
        Facsimile: (786) 431-2229
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all parties or counsel of record through this system.

        By:    */s/ David F. Tamaroff*  .
                David F. Tamaroff, Esq.