UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:17-cv-80793-RLR

VOIT TECHNOLOGIES, LLC,

       Plaintiff/Counterclaim
       Defendant,

v.

CCTV CAMERA PROS, LLC,

       Defendant/Counterclaim
       Plaintiff.

## MOTION FOR CLERK'S DEFAULT ON COUNTERCLAIM

Defendant/Counterclaimant, CCTV CAMERA PROS, LLC ("CCTV"), by and through its undersigned counsel, hereby moves this Honorable Court pursuant to Fed. R. Civ. P. Rule 55 for the entry of a default on the Amended Counterclaim filed by CCTV at Dkt. 9 on August 11, 2017, and as grounds therefore states as follows:

1. Plaintiff VOIT TECHNOLOGIES, LLC ("Voit") filed its Complaint on July 3, 2017.

2. Defendant CCTV filed its Amended Counterclaims for a Declaratory Judgment on August 11, 2017 at Dkt. 9.

3. Voit sought and received an extension to respond to CCTV's Counterclaim until September 8, 2017. (Dkt. 13).

4. Voit failed to respond to CCTV's Counterclaim by September 8, 2017.

5. In the aftermath of Hurricane Irma, counsel for CCTV contacted counsel for Voit and asked when Voit could file its answer to CCTV's Amended Counterclaim.

6. Counsel for Voit first requested until September 29, 2017, and counsel for CCTV agreed.

7. Thereafter, counsel for Voit requested until October 2, 2017, and again counsel for CCTV agreed.

8. To date, Voit has not responded to CCTV's Amended Counterclaim and all extensions granted by the Court and by counsel for CCTV have elapsed.

WHEREFORE, Defendant CCTV CAMERA PROS, LLC prays the Clerk enter a default against Voit on CCTV's Amended Counterclaim.

Dated:  October 5, 2017

/s/Joel B. Rothman
JOEL B. ROTHMAN
FL Bar No. 98220
joel.rothman@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
4651 N. Federal Hwy
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Defendant CCTV Lighting and Electric Supply Company*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 5, 2017, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

Mr. David F. Tamaroff
Lipscomb & Partners, PLLC
25 SE 2nd Avenue
8th Floor
Miami, FL 33131
dt@lipscombpartners.com
Attorney for Voit Technologies, LLC