UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:17-cv-80793-ROSENBERG/HOPKINS

VOIT TECHNOLOGIES, LLC,

    *Plaintiff*,

vs.

CCTV CAMERA PROS, LLC,

    *Defendant*.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE that,** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), VOIT Technologies, LLC ("VOIT") and CCTV Camera Pros, LLC ("CCTV") (VOIT and CCTV together, the "Parties" and each a "Party") agree and stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice. Each Party shall bear its own costs and attorneys' fees. Consistent herewith, the Parties consent to the Court having this case closed for administrative purposes.

Dated: January 12, 2018.

Respectfully submitted,

*/s/ David Tamaroff*
**David F. Tamaroff, Esq.**
Florida Bar No. 92084
Email: dt@lipscombpartners.com
**LIPSCOMB & PARTNERS, PLLC**
25 S.E. 2nd Avenue, 8th Floor
Miami, Florida 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Counsel for VOIT Technologies, LLC*

Respectfully submitted,

*/s/ Joel Rothman*
**Joel B. Rothman, Esq.**
Florida Bar No. 98220
Email: joel.rothman@sriplaw.com
**Jerold I. Schneider, Esq.**
Florida Bar No. 26975
Email: jerold.schneider@sriplaw.com
**Alexander C. Cohen, Esq.**
Florida Bar No. 1002715
Email: alex.cohen@sriplaw.com
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
Telephone: (561) 404-4350
Facsimile: (561) 404-4353
*Counsel for CCTV Camera Pros, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and via email.

By:   */s/ David Tamaroff*
      David F. Tamaroff, Esq.